# United States Bankruptcy Court

## FOR THE
## NORTHERN DISTRICT OF OHIO

**IN RE:**   Matthew E. Basiletti

CASE No. 21-60186

Matthew E. Basiletti
217 E. 14th Street
Dover, OH 44622

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| | Unsecured | FIDELITY NATIONAL COLLECTION<br>220 EAST MAIN STREET<br>P O BOX 2055<br>ALLIANCE, OH 44601-0555 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | CAPIO PARTNERS<br>2222 TEXOMA PKWY, SUITE 150<br>SHERMAN, TX 75090 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | GASTROENTEROLOGY SPECIALISTS<br>2726 FULTON DRIVE NW<br>CANTON, OH 44718 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | FIDELITY NATIONAL COLLECTION<br>220 EAST MAIN STREET<br>P O BOX 2055<br>ALLIANCE, OH 44601-0555 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | ARI<br>PO BOX 2020<br>POWELL, OH 43065 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | AKRON CHILDRENS HOSPITAL<br>SEIBERLING BLDG 2ND FL<br>326 LOCUST ST<br>AKRON, OH 44302 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | Cleveland Clinic<br>PO Box 30285<br>Salt Lake City, UT 84130 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | Ohio Hospital Based Physicians Corp<br>c/o Jeffrey Max Haupt<br>526 East Main Street<br>Alliance, OH 44601 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | Chase<br><br>Carol Stream, IL 60197 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |

0503-09-EPIB09-00028373-63932

# United States Bankruptcy Court

FOR THE

NORTHERN DISTRICT OF OHIO

**IN RE:**   Matthew E. Basiletti

CASE No. 21-60186

Matthew E. Basiletti
217 E. 14th Street
Dover, OH 44622

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---------|-------|-----------------------------------|------------|-----------|---------|-------|
| | Unsecured | CMRE FINANCIAL SERVICES<br>3075 E IMPERIAL HWY<br>STE 200<br>BREA, CA 92821 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| | Unsecured | Dover-Phila Federal Credit Union<br>129 Filmore Avenue<br>Dover, OH 44622 | Not Filed | None | None<br>Interest at 2.5000 % | 0.0000 |
| 001 | Unsecured | US Department of Education<br>c/o Nelnet<br>121 S. 13th St., Suite 201<br>Lincoln, NE 68508 | 02/18/2021 | 127,563.65 | 127,563.65 | 100.0000 |
| 002 | Priority | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 02/23/2021 | 4,144.90 | 4,144.90 | 100.0000 |
| 002 | Unsecured | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 02/23/2021 | 10,002.76 | 10,002.76<br>Interest at 2.5000 % | 100.0000 |
| 003 | Unsecured | ACAR Leasing LTD<br>d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096 | 02/23/2021 | 3,784.68 | 3,784.68<br>Interest at 2.5000 % | 100.0000 |
| 004 | Unsecured | Quantum3 Group, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | 03/01/2021 | 745.00 | 745.00<br>Interest at 2.5000 % | 100.0000 |
| 005 | Priority | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | 03/04/2021 | 759.37 | 759.37 | 100.0000 |
| 005 | Unsecured | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | 03/04/2021 | 152.43 | 152.43<br>Interest at 2.5000 % | 100.0000 |
| 006 | Unsecured | Capital One Bank (USA), N.A.<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | 03/05/2021 | 3,688.29 | 3,688.29<br>Interest at 2.5000 % | 100.0000 |

0503-09-EPIB09-00028373-63932

# United States Bankruptcy Court

FOR THE

NORTHERN DISTRICT OF OHIO

**IN RE:**   Matthew E. Basiletti

CASE No. 21-60186

Matthew E. Basiletti
217 E. 14th Street
Dover, OH 44622

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| 007 | Unsecured | Dover-Phila Federal Credit Union<br>129 Filmore Avenue<br>Dover, OH 44622 | 03/10/2021 | 7,361.81<br>Interest at 2.5000 % | 7,361.81 | 100.0000 |
| 008 | Unsecured | Ford Motor Credit Company, LLC.<br>c/o Keith D. Weiner & Associates Co<br>1100 Superior Avenue East, Ste.1100<br>Cleveland, OH 44114 | 03/22/2021 | 6,205.73<br>Interest at 2.5000 % | 6,205.73 | 100.0000 |
| 009 | Unsecured | Verizon<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | 04/16/2021 | 1,905.61<br>Interest at 2.5000 % | 1,905.61 | 100.0000 |
| 700 | Attorney | Y. Eric Holtz<br>Amourgis & Associates<br>3200 W. Market #106<br>Akron, OH 44333 | 02/16/2021 | 600.00 | 600.00 | 100.0000 |
| 799 | Attorney | Y. Eric Holtz<br>Amourgis & Associates<br>3200 W. Market #106<br>Akron, OH 44333 | 02/16/2021 | 1,750.00 | 1,750.00 | 100.0000 |

DATED:   09/15/2021

Case Totals   41,100.58   41,100.58

## NOTICE

The foregoing is a list of the amounts and classifications of claims as filed and to be paid under the plan.  Unless an interested party files an objection, all claims will be allowed and treated in the manner listed above.  Any such objection shall conform to the requirements of Rule 3007 and Local Rule 3007.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

21-60186
Matthew E. Basiletti

# Certificate of Service

I certify that on this day, 09/15/2021, the above pleading was electronically transmitted via the Court's CM/ECF system to the following who is/are listed on the Court's Electronic Mail Notice List:


Y. Eric Holtz


I further certify that the following parties were sent notice by regular U.S. Mail at the specified addresses on the date set forth above.


Matthew E. Basiletti
217 E. 14th Street
Dover, OH 44622


<u>/s/ Dynele L. Schinker-Kuharich</u>
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

0503-09-EPIB09-00028373-127831

21-60186-rk   Doc 38   FILED 09/15/21   ENTERED 09/15/21 14:44:46   Page 4 of 4